IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH BEAN, #1141587 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-04-690 |
| | § | |
| N/F/N/ DOE | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 12th day of January, 2007.

_____
Samuel B. Kent
United States District Judge